**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOSEPHINE ROBAIR,

    Plaintiff,

v.                                     CASE NO.:  3:13-CV-662-J-99MMH-JRK

SPEEDY CASH, INC.

    Defendant.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**COMES NOW** the Plaintiff, JOSEPHINE ROBAIR, and the Defendant, SPEEDY CASH, INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 8th day of January, 2014

| | |
|---|---|
| *s/William Peerce Howard* | *s/Scott S. Gallagher* |
| William Peerce Howard, Esq. | Scott S. Gallagher |
| Florida Bar No.:  0103330 | Florida Bar No. 0371970 |
| Primary:  WHoward@ForThePeople.com | Primary: ssgallagher@sgrlaw.com |
| Secondary:  nsauer@forthepeople.com | Secondary: mhowell@sgrlaw.com |
| MORGAN & MORGAN, P.A. | SMITH GAMBRELL & RUSSELL, LLP |
| One Tampa City Center | 50 North Laura Street, Suite 2600 |
| 201 North Franklin Street, 7th Floor | Jacksonville, Florida 32202 |
| Tampa, FL 33602 | Telephone: (904) 598-6100 |
| Telephone:  (813) 223-5505 | Facsimile: (904) 598-6300 |
| Facsimile:  (813) 223-5402 | Attorney for Defendant |
| Attorney for Plaintiff | |