**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOSEPHINE ROBAIR,

    Plaintiff,

vs.   Case No. 3:13-cv-662-J-39JRK

SPEEDY CASH, INC.,

    Defendants.

_____

**ORDER**

Upon review of the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 15), filed on January 8, 2014, this case is dismissed with prejudice. Each party shall bear its own attorney's fees and costs. All case scheduling deadlines are terminated, and the Clerk should close the file.

**DONE AND ORDERED** at Jacksonville, Florida, on this 18th day of January, 2014.

_____
TIMOTHY J. CORRIGAN
United States District Judge

On behalf of: BRIAN J. DAVIS
                United States District Judge

bjb.
Copies:

Counsel of Record